# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEANN NIGGL,<br>         Plaintiff(s),<br>v.<br>RSI ENTERPRISES, INC.,<br>         Defendant(s). | Case No. 2:21-cv-01258-JCM-NJK<br>**Order** |

On September 10, 2021, the parties filed a notice of settlement indicating that dismissal papers could be filed within 60 days. Docket No. 5. No dismissal papers have been filed to date. The parties are ORDERED to file dismissal papers by May 18, 2022.

IT IS SO ORDERED.

Dated: May 3, 2022

_____
Nancy J. Koppe
United States Magistrate Judge