# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEANN NIGGL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>RSI ENTERPRISES, INC.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-01258-JCM-NJK<br><br>**Order** |

　　　　Pending before the Court is an order for Attorneys Shawn Wayne Miller and David H. Krieger to show cause. Docket No. 7. Attorneys Miller and Krieger filed a response. Docket No. 9. With respect to Attorney Miller, he explains that his violation of the Court's order stemmed from a health issue. *See id.* at 2-3. The order to show cause is discharged with respect to Attorney Miller. With respect to Attorney Krieger, no meaningful explanation is advanced as to why he did not comply with the Court's order. It appears that Attorney Krieger relies on the fact that it was Attorney Miller who had primary responsibility for handling this case. *See id.* at 2. That is not a viable excuse for failing to comply with an order. *See, e.g.*, *U.S. Bank N.A. v. SFR Invs. Pool 1, LLC*, 2018 WL 701816, at *5 (D. Nev. Feb. 2, 2018) ("that an attorney may have engaged co-counsel to assist him in the conduct of a case does not relieve that counsel of record of his duty to supervise all aspects of the litigation"). Accordingly, Attorney Krieger is **ADMONISHED**. The Court expects strict compliance with its orders moving forward by all counsel of record.

　　　　In all other respects, the order to show cause is **DISCHARGED**.

　　　　IT IS SO ORDERED.

　　　　Dated: June 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge